Nicholas & Luddivina Bowes
846 Broadway
Los Angeles, CA 90011
Telephone: (323) 944-9499
Email: nicholas@richhoney.com

Pro Se

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

NICHOLAS BOWES and
LUDDIVINA BOWES,

Debtors.

Chapter 7

Case No. 2:18-bk-16598-RK

**ORDER GRANTING MOTION FOR ORDER COMPELLING CHAPTER 7 TRUSTEE TO ABANDON ESTATE PROPERTY**

The Court has reviewed Debtors' Motion for Order Compelling Chapter 7 Trustee to Abandon Estate Property [Docket No. 32] ("Motion"). No opposition having been filed, and good cause appearing.

IT IS HEREBY ORDERED:

1. The stock of Rich Honey, Inc. is ordered abandoned.
2. The Motion is GRANTED.

###

12/14/18
DATE:

U.S. Bankruptcy Judge
ROBERT N. KWAN

- 1 -